UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 297-4903

CHAMBERS OF
MADELINE COX ARLEO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES COURT HOUSE
NEWARK, NJ 07101-0999

**LETTER-ORDER**
ORIGINAL FILED WITH THE CLERK OF THE COURT

March 27, 2008

Herbert J. Stayton, Jr., Esquire
Ridgway & Stayton, LLC
3 East Stow Road, Suite 290
Marlton, New Jersey 08053-3191

Edward T. Ellis, Esquire
Georgette Fries, Esquire
Montgomery, McCracken, Walker
& Rhoads, LP
457 Haddonfield Road, 6th Floor
Cherry Hill, New Jersey 08002

Re:  Ed Tracy v.s. Filenet Corporation, et al
Civil Action No. 06-1962   (NLH)

Dear Counsel:

*LYNDA CALDERONE, ESQUIRE is designated as the mediator in this civil action, which has been referred to mediation pursuant to Local Civil Rule 301.1 of this Court. Your attention is directed to that rule, together with the accompanying Guidelines for Mediation.

The mediator will contact you shortly to discuss the mediation process. Within fourteen (14) days from the date of this Letter-Order you should submit to the mediator, on a confidential and ex parte basis, a double-spaced position paper not longer than 10 pages in length. Pleadings and discovery materials should not be submitted to the mediator unless specifically requested.

Please remember that counsel and parties are required to participate in the mediation process in good faith. The Court expects that the responsible attorney will attend each mediation session and that, as requested by the mediator, the party or appropriate party representative will also attend.

**SO ORDERED**

s/ Madeline Cox Arleo
United States Magistrate Judge

*Lynda Calderone, Esquire
Flaster Greenberg, P.C.
1810 Chapel Avenue West
Cherry Hill, New Jersey 08002-4609
(856)  382-2206